Hand-Delivered

FILED
CHARLOTTE, NC
AUG 17 2026
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

__Chartlotte________ Division

Clarence Barber
Minor Child C.B.

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

(See Attached)

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:26-cv-673-MEO
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Defendants: Attached Sheet

Mecklenburg County Department Of Social Services (DSS)
Mecklenburg County
Ariana Mitchem
Kathy McNeill
Samantha Reid Newton
Leslie Harris
Kim Henderson
Letecia Loadholt
P

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Clarence Barber | | |
| Address | 416 Short Hills Dr | | |
| | Charlotte | NC | 28217 |
| | *City* | *State* | *Zip Code* |
| County | Mecklenburg | | |
| Telephone Number | 7049638470 | | |
| E-Mail Address | cb1984704@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Kathy McNeill | | |
| Job or Title *(if known)* | Social Work Supervisor | | |
| Address | 3205 Freedom Dr, Charlotte, NC 28208 | | |
| | Charlotte | NC | |
| | *City* | *State* | *Zip Code* |
| County | Mecklenburg | | |
| Telephone Number | (704) 430-8882 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Ariana Mitchem | | |
| Job or Title *(if known)* | Social Worker | | |
| Address | 3205 Freedom Dr, Charlotte, NC 28208 | | |
| | Charlotte | NC | |
| | *City* | *State* | *Zip Code* |
| County | Mecklenburg | | |
| Telephone Number | (704) 617-7116 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Samantha Reid Newton |
| Job or Title *(if known)* | Social Worker |
| Address | 3205 Freedom Dr, Charlotte, NC 28208 |
| | Charlotte (*City*) NC (*State*) (*Zip Code*) |
| County | Mecklenburg |
| Telephone Number | (704) 576-9837 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Leslie Harris |
| Job or Title *(if known)* | Family Intervention Supervisor |
| Address | 301 Billingsley Road Charlotte, NC 28211 |
| | Charlotte (*City*) NC (*State*) (*Zip Code*) |
| County | Mecklenburg |
| Telephone Number | (704) 576-9837 |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
(See Attached)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Parties to This Complaint

B. The Defendant(s) (Attachment)

Defendant No. 5
Name Mecklenburg County
Job Or Title(if known) Mecklenburg County Manager
Address 600 E. 4th St. 11th Floor
Charlotte NC 28202

County Mecklenburg
Telephone Number (980) -314-2900
E-Mail Address(if known) Michael.Bryant@MeckNC.gov
Official Capacity

Defendant No. 6
Name Kim Henderson
Job Or Title(if known) Director Of Mecklenburg County Social Services
Address 601 E. 5th Street Suite 200
Charlotte NC 28202

County Mecklenburg
Telephone Number (980)-314-8400
E-Mail Address(if known)
Individual And Official Capacity

Defendant No. 7
Name Letecia Loadholt
Job Or Title(if known) Interim Director Of Mecklenburg County Social Services
Address 3205 Freedom Dr. Suite 1000
Charlotte NC 28202

County Mecklenburg
Telephone Number (980)-314-4266
E-Mail Address(if known) Letecia.Loadholt@mecklenburgcountync.gov
Individual And Official Capacity

Defendant No. 8
Name Mecklenburg County Department Of Social Services
Job Or Title(if known) Mecklenburg Board of County Commissioners
Address 600 E. 4th Street Suite 200
Charlotte NC 28202

County Mecklenburg
Telephone Number (980) -314-2939
E-Mail Address(if known) BOCCall@MeckNC.gov

II. Basis For Jurisdiction (Section B.) Attachment

1) Removal of Child Without a Warrant & Illegal Seizure: Fourth Amendment (protecting against unreasonable seizures), And Fourteenth Amendment (protecting the fundamental right to familial association),

2) Lack of Due Process: Fourteenth Amendment's Due Process Clause (guarantees procedural protections before the state can take away a fundamental right),

3) Discrimination: Fourteenth Amendment's Equal Protection Clause (forbids the government from targeting individuals based on race, national origin, religion, gender, or other protected classes),

4) Malicious Prosecution: Fourth Amendment claim under Section 1983 (if the wrongful prosecution resulted in a deprivation of liberty)

5) Gross Negligence (caseworkers and supervisor violated clearly established constitutional or statutory rights rather than ordinary mistakes)

6) Color of Law: (offender was a government worker(s), using state/local authority who used abuse of power)

7) Obstruction Of Justice: Intentionally Influenced, Impeded, And Interfered With The Administration Of Justice By The Family Courts Judges

8) Deprivation Of Rights Under Color Of Law: Official Government Authorities Willfully Violated My Constitutional And Federal Rights

9) Willful and Wanton Conduct: Social Work And Her Supervisor Made A Conscious And Intentional Choice To Do An Act And Skip A Duty While Fully Aware It Would Create A High Probability Of Harm Parent And Child, By Mean Of Unwarranted Removal Of Child With No Due Process Being Involved.

10) Actual Malice: Social Worker Published A Statement Knowing It Was False And Acted With Reckless Disregard For The Truth.

11) Malice in Law: Social Worker Engaged In A Wrongful, Damaging Act Done Intentionally Without Any Legal Justification, Or No Immediate Danger To My Child

12) Defamation Of Character (Libel): Social Worker Wrote And Published False Untrue Statements Carelessly On Department Documents With Help By Means Of Signed Off Authorization Of Her Supervisor Which Cause Damage To Myself As A Parent Within The Our Community Of My Standing.

I. Basis For Jurisdiction Section D. (Attachment)

Social Worker A. Mitchem Under Color Of Law Violated Federal Protected Civil Rights By Removing My Child Illegally Without A Warrant And No Immediate Danger To My Child When Done So With Authorization From Her Supervisor K. McNeill With Initial Worker A. Mitchem Not Even Being At The Residents For Not Even Ten Minutes For That Initial First Visit That Had Nothing To Do With Me Or My Child That Day, Violating Me And My Child Fourth (Illegal Search And Seizure) And Fourteenth Amendments (Due Process Clause) Cause Of The Fact That: There Was No Verified Emergency Or Exigent Circumstance That Applied Nor Did She Even Enter The Home That Day Or Any Other Day For That Matter, It Was Over A Year Afterwards Of 8-23-2023 Before Any Social Worker Ever Entered The Home, In Which Was Social Worker Samantha Reid Newton Once Assigned And Or Transferred To The Case Of Me And My Child, Still Without Providing Me With No Due Process Throughout The Duration Of This Case Even Up Until The End, And According To 42 U.S.C. §1985 Social Worker A. Mitchem And Her Supervisor K. McNeill Conspired To Interfere With The Civil Rights Of Me As A Parent And My Child By Removing My Child Without A Warrant From A Court Or Judge Without My Child Being In Any Immediate Danger From Being In The Household. Lastly to State, Still With Me As Parent Never Not Once Over The Course Of Almost Over Two Years Not Being Provided Any Day In Court Before A Judge To Argue My Case Before A Judge About The Return Of My Child, Or The Validity Of My Child Being Removed Without A Warrant, That I Asked About With A. Mitchem The Day Of Her Initial First Visit And The Removal Of My Child Based Off A Ten Minute Visit At A Front Door Of A Home, Never Having Any Due Process For That Action Being Made The Social Worker And Her Supervisor Which Is A Fundamental Federal Civil Protected Right. As Well As Obstructing Justice From Me By Never Giving Us A Day In Court By Means Of A. Mitchem Intimidating Threats Of Taking Away My Child And Putting Them Into Foster Care By Use Of Police Assistance If I Didn't Sign Off Of The Agency's (Temporary Safety Provider Agreement) And Their (Safety Plan Agreements) Furthermore Depriving Me As A Person Of Rights And Privileges Protected By Constitutional Rights On My Home Premises. These DSS Workers Listed As Defendants And The Mecklenburg Department Of Social Services All Participated In The Malicious Prosecution, Discrimination, Gross Negligence, Obstruction Of Justice, Deprivation Of Rights Under Color Of Law, Willful and Wanton Conduct, Malice, And Defamation Of My Character. With Social Workers A. Mitchem And Her Supervisor K. McNeill Being Behind The Actual Malice By Both Creating And And Her Supervisor Authorizing This Case Knowing They Has No Legal Or Any Kind Of Justification To Do So From The Beginning On 8-23-2023. Also In This Complaint File With The Court I Am Listing Mecklenburg County, North Carolina And Mecklenburg County Department Of Social Services As Defendants Because Of Their Role As The Municipality And Agency Responsible For Systemic Unconstitutional Customs, Policies, And Widespread Failures That Caused This Harm And Injustice To My Child And Myself As His Parent, Violating Our Constitutional Civil Rights. Listing The Director Of Mecklenburg County Social Services As A Defendant In Her Official And Individual Capacity Because Of Her Responsibility To Oversee Daily Agency Operations Of Child, Family, And Adult Services; With That Being At The Time Of This Incident Back On 8-23-2023 Kim Henderson And Now In Place Of Her Due To Her Resignation Letecia Loadholt. All Defendants Who Have Waived Their Rights To Qualified Immunity By Violating Our Fourth And Fourteenth Amendment Rights, That Any Reasonable And Properly Trained Worker Of Their Agency Would Have And Should Have Known Starting With The Basics Of Removal Of My Child Without A Warrant With No Exigent Or Immediate Danger To My CHild Being Present On 8-23-2023 At Our Home.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
(See Attached)

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
At Our Home At 416 Short Hills Dr. Charlotte, North Carolina 28217

B. What date and approximate time did the events giving rise to your claim(s) occur?
8-23-2023 4:00pm Eastern Standard Time

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
(See Attached)

III. Statement Of Claim (Section C. Attachment)

On 8-23-2023 Social Worker For (CPS) Here Mecklenburg Co. A. Mitchem Made A Child Seizure Without A Warrant Involving My Child At My Home Address At 416 Short Hills Dr. By Means Of A Coerced TSP Plans Due To Threats Of Police Assistance When In Fact This Social Worker Was Not Even At The Home This Day For Engagement With Me Of My Child, She Actually Was Here To Deal With Another Party Involving Her And Her Child, This Worker Acted With Gross Negligence And With Malicious Intent By Seizing My Child Without No Nor Any Imminent Danger Being Present Due To Being Under Trained I Would Say, Because I Asked If This Worker A. Mitchem If She Had A Warrant At Time Of Her Actions Being Made And Taken Into Effect Penalizing Me As A Parent For Asserting My Legal Right To Question Her Actions And Demand, She Deliberately Had An Episode Overreach And Abused Her Power, This Social Worker A. Mitchem Was Bias And Showed Discrimination Towards Me By What Also Blew My Mind By Calling Her Supervisor At The Moment At Hand Getting Authorization To Continue On With Her Actions, Even After I Explained To A. Mitchem That Me And My Child Lives Separate Households Within The Same Household Meaning; Me And My Child Lived Downstairs Within The Household While My Sister And Her Children Lived Upstairs, Making Us Separate Within That House, Mecklenburg DSS CPS Department Has Never Had Any Dealings Nor Any Reason To Interact With My Child Or Myself There Said Never Any Previous Calls Or Complaints Involving Me And My Child, In Which I Also Tried To Explain To The Worker On This Day Of Her Decisions Being Taking. This Social Worker A. Mitchem Who Was Authorized By Her Supervisor To Take These Actions Made; Violated My Lack of Due Process Civil Rights, By Denying Me As A Parent The Opportunity To Present My Case, Failing To Provide Myself Legal Representation, And Not Informing Me Of My Rights As A Parent, These Are Serious Due Process Violations. My Child And Myself Was Separated From 8-23-2023 All The Way Up Until January Of 2025 In Which Not One Time Did I Ever Step Into A Court Before A Judge Not Even Once, I Was Informed By DSS That My Child Would Be Provided Transportation From His TSP (Temporary Safety Provider) Location To And From School, Not Once Did That Ever Occur Either Throughout The Duration Of This Ordeal In It's Entirety, My Child Had Been Interviewed By DSS Workers At His Without My Consent, Knowledge, Nor Permission. This Case Had Than Been Transferred To Multiple Workers During This Situation With DSS, Firstly (SW) A. Mitchem, Then (SW) K. Haynes, Then Lastly (SW) Samantha Reid Newton, In Which Involved Supervisors K.McNeill And Agency Supervisor Leslie Harris, In Which All Drop The Ball And Showed No Respect For The Rights Of My Child Or Myself Throughout This Whole Process, Even When I Was Told That The Case Was Closed By Social Worker Samantha Reid Newton Around January Of 2025, And Informed Her That I Was Please Like To Have A Copy Of Documentation Stating That The Case Was Closed, I Had To Literally Chase Them Down At The DSS Office Located On Freedom Dr Here In Charlotte To Obtain Some Kind Of Paperwork Stating That Sadly. These CPS Workers Made Assumptions About My Ability To Care For My Child Based On Stereotypes Rather Than Actual Evidence, I State This Because Of The Fact That The Social Worker A. Mitchem On That Day Of 8-23-2023 Made A Decision To Remove My Child From Our Home Without Even Stepping Foot Into The Home Not Once That Day, She Made The Decision With Authorization Of Her Supervisor By Only Walking Onto The Front Porch Of The Home While Speaking With My Sister In Which She Was Actually There For And To See In Regards to Her And Her Daughter On 8-23-2023, Because My Sister Had Kittens Around Her Upon Coming To The Front Door And The Worker A. Mitchem Stated That She Doesn't Like Cats, So My Child Was Removed From My Care And Home Because She Didn't Like Cats. I Mean Really ? No Worker Never Even Entered The Home For Over Year After They Had Than Removed My Child From The Household And Still Never Was There Any Immediate Danger Or Circumstances Found Even A Year Later, In Which Should've Been Before My Child Was Removed From The Home , In Which There No Probable Cause To Remove My Child

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Psychological, Emotional Trauma, Insomnia, Depression Severe Anxiety, Gastrointestinal Distress,Panic Attacks, Identity And Social Loss As A Primary Caregiver.

Physical Manifestations: Experiencing Somatic Reactions Like Chronic Sleep Disturbances, Weight loss, Headaches, And Cardiovascular Distress: Experiencing Rapid Heart Rates, Chest Tightness, And Elevated Blood Pressures Off And On Driven By Acute Emotional Shock.

All The Hairs On My Face And Head Started Turning Gray/White Due To All The Stress I Was Under Dealing With The Situation Accompanied With Acute Stress.

My Child Started Showing Plenty Of Signs Of Insomnia And Not Getting The Proper Rest He Would've Been Getting In Our Household By Falling Asleep At School And Started Showing A Little Defiance At School Getting Into Trouble, Preforming Less With His Reading And Learning Development Which He Never Had Done Before Hand And Always Stating To Me That He Wanted to Come Back Home During The Duration Of Him Being Placed Outside Of The Home Accompanied With Signs Of Anxiety And Depression By Means Of Sadness And Having Sleep Problems.

---

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(See Attached)

---

V. Relief (Attachment)

I Want This Matter To Be Brought Forth Before The Court And A Judge With A Jury Trial To Obtain Justice For What My Child And I Endured Unjustly And Unconstitutionally And All Individuals, Entities, Agencies, And Departments Involved To Be Held Accountable In Their Official Capacities For The Harm, Duress, And The Mental, Psychologically And Emotional Distress That Was Caused To Us Maliciously Due To North Carolina's DSS History Of Having Under Trained Social Workers Out In The Field Causing Harm Unjustly To Alot Of North Carolina Parents,Children And Families Alike. I Am Requesting Compensatory Money Damages For The Expenses Of Having To Transport My Child Back And Forth From My Fathers Home To Bus Each And Every Calendar Day Of School And By Means Of Having To Rent Rental Cars And Reasonable Gas Money Spent Refunded, As Well As Reimbursement For Rides When Not Able To Afford Rental Cars To Get My Child back And Forth To And From School And Back To The TSP (Temporary Safety Provider) Location Agreed Upon With Mecklenburg County DSS For Each Calendar Day Of School From The Beginning Of This Situation(Case) With Mecklenburg County DSS Up And Until The Last Calendar Day Of His Schooling During This Said Case With The Agency Until It's Dismissal, And Also Gas Reimbursement For All Trips Made To Visit With Agency At Their Office And The TSP Location Designated For Meetings With The Workers Likewise And I Am Also Requesting Punitive Damages As Well For What Took Place Against Me And My Child Unlawfully And Unjustly In Hopes That It Doesn't Happen To Any Other Family Or Mines In The Future Unjustly. Also Seeking Non Economic Damages For All Of The Pain And Suffering,Emotional Distress, Loss of Enjoyment of Life, Scarring Of My Self-Esteem, And Loss Of Consortium; As In The Loss Of Companionship And Comfort Between Me And My Child Throughout The Duration Of Being In Separate Households.

Compensatory Economic Damages: In The Amount Of $ 21,000.00

Compensatory Non Economic Damages: In The Amount Of $ 30,000,000.00

I Also Pray Upon The Mercy Of The Court For Punitive Damages As Well That I Seek

Thank You For Your Time To Whomever Reads And This Reaches, Good Day,
Sincerely And Respectfully Clarence Barber

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/7/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Clarence Barber

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

*City* ____________ *State* ____________ *Zip Code* ____________

Telephone Number ____________

E-mail Address ____________